IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RYAN JAY PETTEY** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 05-131E |
| | ) |
| **JAMES SHERMAN, Warden,** | ) **Judge Maurice B. Cohill, Jr.** |
| | ) **Magistrate Judge Susan Paradise Baxter** |
| Respondent. | ) |

## O R D E R

AND NOW, this _____ day of _____, 2005, upon consideration of the Petition for Writ of Habeas Corpus filed in this matter, and the Response filed by Respondent,

IT IS ORDERED that the Petition for Writ of Habeas Corpus is DENIED.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Ryan Jay Pettey, *pro se*
 Christy Wiegand, Asst. U.S. Attorney