UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

RYAN JAY PETTEY

PETITIONER

V

JAMES SHERMAN

RESPONDENT

CIVIL ACTION #05-131E
HONORABLE MAGISTRATE
JUDGE SUSAN PARADISE
BAXTER

**MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE RESPONSE**

Now comes Ryan Jay Pettey ("Petitioner") in pro se, and respectfully requests this Honorable Court to enter an Order enlarging the time in which to file a Traverse Brief in response to the Respondent's Reply to Petitioner Ryan Pettey's Petition For Habeus Corpus, for the following reasons:

(1)   Petitioner is proceeding pro se on this case and has only limited access to the law library at FCI McKean because of his institutional job, and requires additional time to prepare a Traverse Response.

(2)   Petitioner is diligently seeking to obtain additional documents from the record in support of his arguments that will take more than two weeks to obtain.

(3)   The Petitioner only received the Government's Response on July 6, 2005, and preliminary review of the Respondent's Reply indicates that in order to adequately reply to the Government's Response, the Petitioner will need additional time to research, draft, and prepare his Brief.

Wherefore, for the foregoing reasons, the Petitioner respectfully requests that this Honorable Court enter an Order enlarging the time allotted for filing a Traverse Brief in response

(1)

to the Respondent's Reply, for an additional thirty (30) days, or until August 16, 2005.

                        Respectfully submitted,

                        Ryan Jay Pettey

                        *Ryan Pettey 7/8/05*

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA


RYAN JAY PETTEY

PETITIONER

    V                                                                                                     CIVIL ACTION #05-131E

JAMES SHERMAN

RESPONDENT


### CERTIFICATE OF SERVICE

Now comes Petitioner Ryan Jay Pettey and hereby certifies that on July 10, 2005, he mailed, by first-class mail, postage prepaid, a copy of a Motion For an Enlargement of Time to File Traverse Response filed in the above-captioned matter to the following address:

    Ms. Mary Beth Buchanan
    c/o U.S. Attorney's Office
    Western District of Pennsylvania
    700 Grant St., Suite 400
    Pittsburg, Pa. 15219


                                                            Ryan Jay Pettey
                                                            #10698-040
                                                            Federal Correctional
                                                            Institution McKean
                                                            P.O. Box 8000
                                                            Bradford, Pa. 16701


*[Signature: Ryan Pettey 7-10-05]*