Case No 05-131E

I'm notifing the court of my new adress. Also I would like to know if there's been any change in this case

Thank you
Ryan Petley    2-27-06

New adress

Ryan Petley 10698-040
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

FILED
'06 MAR -3 P12:09
CLERK
U.S. DISTRICT COURT