IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE


RYAN JAY PETTEY,

       Petitioner,


-v-                          Civil Case# 1:05-cv-00131-MBC-SPB


JAMES SHERMAN, Warden,

          Respondent,      **MOTION TO COMPEL MAGISTRATE JUDGE ASSIGNED**
                               **TO SUBMIT HER REPORT AND RECOMMENDATION ON**
                                 **PETITIONERS HABEAS CORPUS**

               . . . . . . . . . . . . . . . . . . . . . .


    Petitioner initially filed his Habeas Corpus Motion in this court on May 10, 2005. Dkt# 3. After numerous Extensions Of Time to file there response, the Respondent filed there response to Petitioners Habeas Corpus on July 1, 2005. Dkt# 6. On July 28, 2005, the Petitioner filed his response to the Respondents opposition to Petitioners Habeas Corpus. Dkt# 8. Since then there has been no movement on the docket sheet.


    Approximately, eight months have pasted without the Honorable Magistrate Judge Susan Paradise making her Report And Reccommendations to Petitioners Habeas Corpus Motion which is severely prejudicing the Petitioner, since his Petition was base on time credits, which is currenting cutting into Petitioner release date. Thus, the Petitioner respectfully request that this Honorable Court compel the assigned Magistrate judge to submit her report and recommendation as justice so requires.

                                             Respectfully Submitted


                                             *Ryan Pettey*
                                           Ryan Jay Pettey-Pro-Se
                                           Reg#10698-040
                                           Duluth Federal Prison Camp
                                           P.O. Box 1000
                                           Duluth MN 55814


Executed On This 28th Day Of March 2006