Mr. Ryan Jay Pettey
Reg#10698-040-Dorm-
Duluth Federal Prison Camp
P.O. Box 1000
Duluth MN 55814

**RECEIVED**

APR - 3 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States District Court
Clerk's Office
P.O. Box 1820
Erie, PA 16507

Postmark: DULUTH MN 558, 29 MAR 2006

16507+0820