RECEIVED
MAY 22 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RYAN JAY PETTEY,

      Petitioner,

-v-                                    Civil Action No. 05-131E

                                        Judge Sean Mclaughlin

JAMES SHERMAN,

      Respondent,                  **MOTION FOR EXTENSION OF TIME**

. . . . . . . . . . . . . . . . .

    NOW INTO COURT, Comes Ryan Jay Pettey, the Petitioner appearing through Pro-Se representation and respectfully request and moves this Court for a thirty-day(30) extension of time to file his objections to the Magistrate Judge's Report And Recommendations.

    The Petitioner has limited education and no training or knowledge in the science of law to adequately and properly prepare his objections to the Magistrate Judge's Report And Recommendations in the ten(10) days Ordered by this Court. In the name of justice, a thirty-day extension of time should be granted to the Petitioner in order for Petitioner to seek and request the required assistance in order to adequately and properly prepare his objection for filing in this Court.

    WHEREFORE, Ryan Jay Pettey, the Petitioner prays that this Court grant him the relief requested and any other relief this Court might deem appropriate and just.

                                                                 Respectfully Submitted

                                                                 *Ryan Pettey* 5-15-06
                                                                 Ryan Jay Pettey-Pro-Se
                                                                 Reg#10698-040-
                                                                 Duluth Federal Prison Camp
                                                                 P.O. Box 1000
                                                                Duluth MN 55814

FILED MAY 22 '06 P3:11 CLERK U.S. DISTRICT COURT

    Executed On This 15th Day Of May 2006

Ryan Petty 10698-040
Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

7005 1160 0004 3951 3777

United States District Court
Clerk's Office
P.O. Box 1820
Erie, PA 16507

RECEIVED
MAY 22 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA