CA 05-131 E

Clerk
 I'm notifing the court my adress has changed again. My new adress is

Ryan Pettey 10698040
Federal Prison Camp
P.O. Box 5000
Florence, Co 81226-5000

Thank you

Ryan Pettey

FILED
'06 JUL 11 A9:46
CLERK
U.S. DISTRICT COURT



COLORADO SPRINGS
CO 809 2 T
07 JUL 2006  PM

United States District Court
Clerks Office
P.O. Box 1820
Erie, PA 16507

Name: Ryan Petters
Reg. No: 10654-090
Federal Prison Camp
P.O. Box 5000
FLORENCE, CO 81226-5000

**RECEIVED**

**JUL 11 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA