RYAN JAY PETTEY, Petitioner

v.

JAMES SHERMAN, Respondent,

C.A. NO 05-131 Erie

## Notice of appeal

Notice is hereby given that Ryan Pettey, Petitioner in the above-referenced matter, hereby appeals to the United States Court of Appeals for the 3rd Circuit from an order denying Petitioners application for a writ of habeas corpus, entered in this action on 5th Day of July, 2006

Respectfully submitted

Ryan Pettey

Date: 7-25-06

FILED
'06 JUL 31 A10:26
CLERK
U.S. DISTRICT COURT

Name: Ryan Petty
Reg. No: 10698040
Federal Prison Camp
P.O. Box 5000
FLORENCE, CO 81226-5000

COLORADO SPRINGS
CO 809 3 T
27 JUL 2006 PM

United States District Court
Clerk Office
P.O. Box 1820
Erie, PA 16507



**RECEIVED**

JUL 31 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA