CLD-149

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-3607

RYAN JAY PETTEY,
                              Appellant

v.

WARDEN JAMES SHERMAN

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 05-cv-0131)
District Judge: Honorable Maurice B. Cohill, Jr.

Submitted For Possible Summary Action
Under Third Circuit L.A.R. 27.4 and I.O.P. 10.6
March 1, 2007

Before: RENDELL, SMITH AND JORDAN, CIRCUIT JUDGES.

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered July 6, 2006, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

DATED: March 20, 2007

Marcia M. Waldron
Clerk

Certified as a true copy and Issued in lieu of a formal mandate on 5/11/07

A True Copy: Teste, Clerk, U.S. Court of Appeals for the Third Circuit

Marcia M. Waldron, Clerk